| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) CARTER, GENE | 2. Court or Organization U.S. DISTRICT COURT (MAINE) | 3. Date of Report 4/30/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 156 FEDERAL STREET PORTLAND, MAINE 04101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. _____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| I. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| | |

RECEIVED MY 3 12 33 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ** NOTHING TO REPORT ** | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Amer Barrick Res. Corp | A | Dividend | J | T | Sale | 10/29 | J | B | |
| 2. PaineWebbber Small Cap. Value Fund | A | Dividend | J | T | Sale | 10/29 | J | A | |
| 3. Maine Health & Higher Education FAC | A | Interest | K | T | | | | | |
| 4. US Gov't Treasury Notes - Maturing 11/15/05 - 11/15/15 | A | Interest | L | T | | | | | |
| 5. Royce-Micro-Cap. Realty Trust, Inc. | A | Dividend | K | T | | | | | |
| 6. Berkshire Hathaway Cl. B | A | Dividend | J | T | | | | | |
| 7. New Plan Realty Trust | A | Dividend | K | T | Sale | 10/29 | K | B | |
| 8. U.S. Govt Treasury Notes Maturing 11/15/22 | A | Interest | K | T | | | | | |
| 9. Barrick Gold Corp. ADR | B | Dividend | K | T | Sale | 10/29 | K | B | |
| 10. Sprint Corp. | A | Dividend | J | T | Sale | 10/29 | J | B | |
| 11. Transocean Sedco Farenx Inc. | A | Dividend | J | T | Sale | 10/29 | J | A | |
| 12. AT&T Liberty Media Class A | A | Dividend | J | T | Sale | 10/30 | J | B | |
| 13. American Home Products | A | Dividend | J | T | Sale | 10/29 | J | B | |
| 14. Anheuser Busch Cos. | A | Dividend | J | T | Sale | 10/30 | J | A | |
| 15. Automatic Data Processing | A | Dividend | J | T | Sale | 10/30 | J | B | |
| 16. Bank of America Corp. | A | Dividend | J | T | Sale | 10/29 | J | B | |
| 17. Best Foods | A | Dividend | J | T | Sale | 10/29 | J | B | |
| 18. Citigroup Inc. | A | Dividend | J | T | Sale | 10/30 | J | C | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Coastal Corp. Del. | A | Dividend | J | T | Sale | 10/29 | J | B | |
| 20. First Union Corp. | A | Dividend | J | T | Sale | 10/30 | J | B | |
| 21. Gannett Co. | A | Dividend | J | T | Sale | 10/30 | J | C | |
| 22. General Electric Co. | A | Dividend | J | T | Sale | 10/30 | J | C | |
| 23. H.J. Heinz Co. | A | Dividend | J | T | Sale | 10/29 | J | B | |
| 24. Intel Corp. | A | Dividend | J | T | Sale | 10/29 | J | B | |
| 25. Int'l Business Machines | A | Dividend | J | T | Sale | 10/30 | J | C | |
| 26. Johnson & Johnson Co. | A | Dividend | J | T | Sale | 10/29 | J | C | |
| 27. Kimberly Clark Corp. | A | Dividend | J | T | Sale | 10/30 | J | C | |
| 28. Liz Claiborne Inc. | A | Dividend | J | T | Sale | 10/30 | J | B | |
| 29. Merrill Lynch & Co. | A | Dividend | J | T | Sale | 10/30 | J | B | |
| 30. Pepsico Inc. | A | Dividend | J | T | Sale | 10/30 | J | B | |
| 31. Pfizer Inc. | A | Dividend | J | T | Sale | 10/30 | J | B | |
| 32. Phillips Petroleum | A | Dividend | J | T | Sale | 10/30 | J | B | |
| 33. Southwest Airlines Co. | A | Dividend | J | T | Sale | 10/30 | J | C | |
| 34. Sprint Corp. | A | Dividend | J | T | Sale | 10/29 | J | C | |
| 35. AOL Time Warner Inc. | A | Dividend | J | T | Sale | 10/30 | J | A | |
| 36. Tyco Int'l Ltd. New | A | Dividend | J | T | Sale | 10/30 | J | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Wal-Mart Stores Inc. | A | Dividend | J | T | Sale | 10/30 | J | B | |
| 38. Worldcom, Inc. | A | Dividend | J | T | Sale | 10/30 | J | B | |
| 39. Davis NY Venture Fund Class A | A | Dividend | L | T | Partial Sale | 10/29 | L | C | |
| 40. Strategic Global Growth Fund | B | Dividend | K | T | | | | | |
| 41. Strategic Global Income Fund | A | Dividend | J | T | Buy | 6/28 | J | | |
| 42. Royce Value Trust Inc. | B | Dividend | K | T | | | | | |
| 43. American Balanced Fund | B | Dividend | K | T | Buy | 12/01 | K | | |
| 44. Hartford Capital Appreciation Fund | B | Dividend | K | T | | | | | |
| 45. MBIA Inc. | A | Dividend | J | T | Sale | 10/30 | J | C | |
| 46. General Electric Corp. | A | Dividend | J | T | Sale | 10/29 | J | B | |
| 47. Newmont Mining Co. | A | Dividend | K | T | | | | | |
| 48. Harmony Gold MNS | A | Dividend | J | T | Sale | 10/29 | J | B | |
| 49. TECO Energy, Inc. | A | Dividend | K | T | Sale | 10/29 | K | C | |
| 50. Home Depot, Inc. | A | Dividend | J | T | Sale | 10/30 | J | C | |
| 51. Marsh & McLennon Co. | A | Dividend | J | T | Sa;e | 10/30 | J | B | |
| 52. Lauder, Estee Cl A | A | Dividend | J | T | Sale | 10/30 | J | C | |
| 53. Calpin Corp. | A | Dividend | J | T | Sale | 10/30 | J | B | |
| 54. Electronic Data Systems, Inc. | A | Dividend | J | T | Sale | 10/30 | J | B | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Dell Computer, Inc. | A | Dividend | J | T | Sale | 10/30 | J | B | |
| 56. Fannie Mae | A | Dividend | J | T | Sale | 10/30 | J | B | |
| 57. Baxter International, Inc. | A | Dividend | J | T | Sale | 10/29 | J | B | |
| 58. Chevron/Texaco Corp. | A | Dividend | J | T | Sale | 10/30 | J | B | |
| 59. Duke Realty Inc. | C | Dividend | J | T | Buy | 10/29 | J | | |
| 60. Fording CDM Coal Trust | D | Dividend | J | T | Buy | 10/29 | J | | |
| 61. Enerplus Resources | D | Dividend | J | T | Buy | 10/29 | J | | |
| 62. Kinder Morgan Energy | C | Dividend | J | T | Buy | 10/29 | J | | |
| 63. Pengrowth Energy Trust | D | Dividend | J | T | Buy | 10/29 | J | | |
| 64. Duke Realty Corp. | D | Dividend | J | T | Buy | 1/09 | J | | |
| 65. Pimco Corporate Opportunity Fund | E | Dividend | K | T | Buy | 1/09 | K | | |
| 66. American Funds | F | Dividend | L | T | Buy | 12/13 | L | | |
| 67. First Eagle Gold Fund | E | Dividend | K | T | Buy | 10/29 | K | | |
| 68. FPA Capital Fund | E | Dividend | K | T | Buy | 10/29 | K | | |
| 69. Hartford Capital Appreciation Fund | E | Dividend | K | T | Buy | 12/13 | K | | |
| 70. Oakmark Fund Class 1 | E | Dividend | K | T | Buy | 10/29 | K | | |
| 71. Third Avenue Value Fund | E | Dividend | K | T | Buy | 10/29 | K | | |
| 72. Ace Limited Bermuda | B | Dividend | J | T | Buy | 7/07 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Ace Limited Bermuda | B | Dividend | J | T | Sale | 10/29 | J | A | |
| 74. Becton Dickson | B | Dividend | J | T | Buy | 3/21 | J | | |
| 75. Becton Dickson | B | Dividend | J | T | Sale | 10/29 | J | A | |
| 76. Cardinal Health | J | Dividend | J | T | Sale | 10/29 | J | C | |
| 77. Dineen Energy Corp. | B | Dividend | J | T | Buy | 6/13 | J | | |
| 78. Dineen Enemgy Corp. | B | Dividend | J | T | Sale | 10/29 | J | A | |
| 79. HCA Inc. | B | Dividend | J | T | Buy | 9/19 | J | | |
| 80. HCA Inc. | B | Dividend | J | T | Sale | 10/29 | J | A | |
| 81. Timberwest Forest CRP Stapled | B | Dividend | J | T | Buy | 1/09 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100.001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

CARTER, GENE

Date of Report

4/30/2004

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___4/30/04___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544